Magna Carter is in the Preamble Please do ESTOPOL on her
* Judge Marilyn Martin is Racist Civil Right Destroyer

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

*I am in Imminent Danger For this filing & this Truth

*Tresspassed my Life my Privacy my Children my Financial Opportunity

Cynthia Denise Benefield
)
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) Judge Milan

-v-

1) Circuit County Judges, The Real Talk Show
2) Circuit Court Judges; ABC, CBS, NBC, CNN
CBS, 3 Circuit Court Magistrates, ISIS/Janet Jackson

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

{ # 6:22CR-154-CEM-RMN
  # 6:23-CV-736-PGB-LHP }

FILED 2023 MAY 26 PM 12: [?]
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name            Cynthia D. Benefield
                   Same as above
   Street Address  Not Available
   City and County
   State and Zip Code  9837 East Colonial Dr
   Telephone Number    Orlando, FL
   E-mail Address   cindy1benefield@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

\* This Form indicates those who paid to put me in Financial Ruin & Shame. Selling themselves to Destroy Documents

**Defendant No. 1**
Name:
Job or Title (if known): Voice Over Actor
Street Address: Not Known
City and County: Jax, Orlando
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

(Cassandra Smith)

**Defendant No. 2**
Name: Loretta (Loretta) Hardin Benefield
Job or Title (if known):
Street Address: Not Available
City and County: Orl, Jax
State and Zip Code: FL, 32208
Telephone Number: Not Known
E-mail Address (if known): Not Known

**Defendant No. 3**
Name: Reginald Keith Blount
Job or Title (if known): City Councilman
Street Address: Not Known
City and County: Jax, Duval + Orlando, FL
State and Zip Code: Florida
Telephone Number: Not Known
E-mail Address (if known): Not Known

**Defendant No. 4**
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Treaty of Ghent - Forgot Description?
- Magna Carda - Too Much Power - Influencing every positive life experience turning it to negative or they Remove it. - Removed my stock to Random People not Me

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Cynthia Denise Benefield is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual     For Allowing their workers to Follow & Impact me
      The defendant, *(name)* ABC, NBC, OWN, CBN, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* N/A.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, (name) **All (3) Network** **CBS, TBN, OWN, NBC TV Stations**, is incorporated under the laws of the State of (name) **Florida**, and has its principal place of business in the State of (name) **Florida**.
Or is incorporated under the laws of (foreign nation) **N/A**, and has its principal place of business in (name) **N/A**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy **Over 1 Trillion Dollars**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Over 1 Trillion Dollars in Frivolous Distribution of Oil Stock (Exxon Mobil Kerosene) used for Hotels, Luxury cars, Bribes, Condos, Shopping Sprees Instead of Signing my investments over to me.**

## III. Statement of Claim

**★ Tampering with US Economy in Anger, Jealousy**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**TV Circuit Court Judges and TV Entertainment(ers), Singers, Business Mogul set their hearts, attention and time to steal, financial Affidavits, Bank statements, stock Land Deeds, Property Deeds, Theft of Financial/Historical Docs**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **Immediate Relief needed for Sleep Deprivations**

**★ All wrongs are still continuing @ the present time willfully Bankrupting me + 4th, 5th, 6th generations of my family**
**★ Damages for Lack of Sleep Resulting in my Vision changed**
**★ Damages interrupting my employment for 20-15 yrs**
**★ 999 Days w/o sleep, destroying me, Resulting in**
**★ Willful, Intentional Human Right Violations, leads to Illnesses**

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Cynthia D. Benefield*    5/25/2023

Signature of Plaintiff: *Cynthia Benefield*

Printed Name of Plaintiff

(407) 641-6390

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address