**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CYNTHIA DENISE BENEFIELD,**

      **Plaintiff,**

v.                                             Case No: 6:23-cv-977-PGB-EJK

**CIRCUIT COUNTY JUDGES, CIRCUIT COURT JUDGES, JUDGE MILAN, THE REAL TALK SHOW, ABC, CBS, NBC, OWN, 3 CIRCUIT COURT MAGISTRATES, ISIS, JANET JACKSON, CASSANDRA SMITH, LORETTA HARDIN BENEFIELD and REGINALD KEITH BLOUNT,**

      **Defendants.**

---

**ORDER**

This case is before the Court upon periodic review. On June 20, 2023, the Court entered an Order directing Plaintiff to file a Notice of Pendency of Other Actions and a Certificate of Interested Person (Doc. No. 6). Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a Court Order. The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** in Orlando, Florida, this 14th day of July 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party